UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br>7050 W. Palmetto Park Rd.<br>Boca Raton, FL  33433<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. COLLEEN KOLLAR-KOTELLY,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530,<br><br>　　　　Defendant. | Civil Action No. 23-3773 (UNA) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

　　　　Pursuant to 28 U.S.C. § 1442(a)(1), Defendant, the Honorable Colleen Kollar-Kotelly ("Defendant"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice").  In support of this Notice, the following facts are relied upon.

　　　　1.　　　　Defendant is in receipt of a Complaint in the case *Klayman v. Kollar-Kotelly,* No. 2023 CAB 005851 (D.C. Super. Ct.), filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on September 21, 2023.  The U.S. Attorney's Office has not been served with a copy of the Complaint in the Civil Action as of the filing of this Notice of Removal.  A copy of the Complaint is attached hereto as Exhibit A.

　　　　2.　　　　Defendant is a federal judge who is an officer of the United States.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).  *See Jefferson Cty, Ala. v. Acker*, 527 U.S. 423, 431 (1999) (holding that county tax collection suit brought against federal judges was properly removed from state to federal court).

    3.    A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: December 19, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Jane M. Lyons*
    JANE M. LYONS, D.C. Bar No. 451737
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2540
    Jane.Lyons@usdoj.gov

*Attorneys for the United States of America*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on December 19, 2023, I caused a copy of the foregoing Notice of Removal of Civil Action to be served by sending a duplicate through the United States Postal Service with prepaid first-class postage and addressed to:

LARRY KLAYMAN
7050 W. Palmetto Park Rd.
Boca Raton, FL 33433

*/s/ Jane M. Lyons*
JANE M. LYONS
Assistant United States Attorney